UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREGORY A. GLADDEN, )<br>VERIPI T. GLADDEN, and )<br>VIVIAN GLADDEN, )<br>)<br>Defendants. ) | Case No. 12-13849-RHC<br>Judge Robert H. Cleland |

**ORDER LIFTING STAY OF PROCEEDINGS**

Having considered the United States' Motion to Lift Stay, and good cause having been shown, it is hereby

ORDERED that the Stay entered by Docket No. 11 is lifted and the case shall proceed.

    s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: July 21, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 21, 2014, by electronic and/or ordinary mail.

    s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522