UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No. 12-13849

GREGORY A. GLADDEN, et al.,

    Defendants.
                                        /

**ORDER OF DISMISSAL**

    Counsel has notified the court that the parties are engaged in active settlement negotiations for the above-captioned matter. The court is persuaded that further court supervision is, at this point, unnecessary. Accordingly,

    IT IS ORDERED that the above-captioned matter is DISMISSED without prejudice. **Nothing in this order shall be deemed to adversely affect or in any way impact the parties' rights.** Any party may reopen this case by **October 31, 2016**, by filing a "Notice of Reopening." If such a notice is filed, the case will be placed back on the court's active docket, with no further costs or fees to either party and the litigation will proceed as if the case had not been dismissed. Further, the parties may also submit a substitute, stipulated order of dismissal or judgment by **October 31, 2016**,

    After **October 31, 2016**, in the absence of any further order of the court or filing by the parties, this dismissal will be with prejudice.

                                        s/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: May 18, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 18, 2016, by electronic and/or ordinary mail.

             s/Lisa Wagner
            Case Manager and Deputy Clerk
            (313) 234-5522